IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE ORTIZ, JR.,

      Petitioner,               No. 2:08-cv-2165 JFM (HC)

   vs.

JAMES A. YATES, Warden,

      Respondent.          ORDER

_____/

      Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's December 3, 2008 application for an extension of time is granted; and

      2. Petitioner is granted ninety days from the date of this order in which to file and serve a traverse.

DATED: December 15, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/mp; orti2165.111