IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE ORTIZ, JR.,

    Petitioner,                             No. CIV S-08-2165-JAM-TJB

    vs.

JAMES A. YATES,

    Respondent.                           <u>ORDER</u>

_____/

        Petitioner requests a thirty day extension of time to file a notice of appeal of the January 14, 2011, order denying his application for writ of habeas corpus. Petitioner states he needs the extra time because, *inter alia*, he is "untrained in the law," can only make copies in the prison law library open once a week, is "[i]lliterate on computers," and is subject to "numerous rolling lockdowns due to budget cuts and shortage of staff." Pet'r's Mot., Jan. 28, 2011, ECF No. 33 (internal quotation marks omitted).

        Based upon Petitioner's representations, the request for additional time will be granted. Petitioner shall comply with the requirements of Rule 3(c)(1) of the Federal Rules of Appellate Procedure relative to his notice of appeal.

        IT IS HEREBY ORDERED that:

        1. Petitioner's January 28, 2011, request for an extension of time to file a notice of

appeal is granted; and

    2. Petitioner has an additional thirty days from the date of this order to file a notice of appeal of the January 14, 2011, order denying his petition for writ of habeas corpus.

DATED:    February 2, 2011.

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE